# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

April 19, 2007

133129

MICHAEL FLEMING, #358778

     Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

SC: 133129
CoA: 271955

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 21, 2007, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 19, 2007

                      Clerk

jm